30 A.3d 315

IN THE MATTER OF ALAN E. WELCH, AN ATTORNEY
AT LAW (ATTORNEY NO. 009351973).

November 18, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–117, concluding that **ALAN E. WELCH** of **SOMERVILLE,** who was admitted to the bar of this State in 1973, should be reprimanded for violating *RPC* 1.15(a) (failure to safeguard property belonging to a client or a third party) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **ALAN E. WELCH** is hereby reprimanded; and·it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.